**Guy T. HELVERING, Commissioner of Internal Revenue, Petitioner, v. John P. CURRAN, Respondent.**

**No. 3.**

Circuit Court of Appeals, Second Circuit.

Oct. 21, 1940.

F. E. Youngman, of Washington, D. C., for petitioner.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order reversed on authority of Higgins v. Smith, 308 U.S. 473, 60 S.Ct. 355, 84 L.Ed. 406.

**Joseph W. SANFORD, Warden, United States Penitentiary, Atlanta, Ga., Appellant, v. Joseph ZEFF, Appellee.**

**No. 9538.**

Circuit Court of Appeals, Fifth Circuit.

Oct. 26, 1940.

Lawrence S. Camp, U. S. Atty., and Harvey H. Tisinger, Asst. U. S. Atty., both of Atlanta, Ga., for appellant.

Hal Lindsay and Morris Brandon, Jr., both of Atlanta, Ga., for appellee.

Before SIBLEY, HOLMES, and McCORD, Circuit Judges.

PER CURIAM.

The effect of the judgment of the District Court, 31 F.Supp. 736, is to enable the trial court to resentence the prisoner upon a re-examination of the facts concerning him in his presence. Under the peculiar circumstances of this case we affirm that disposition of it.

Judgment affirmed.

**UNITED STATES ex rel. CENTRAL CEMENT FINISHING CO., Inc., Appellant, v. CONTINENTAL CASUALTY CO., Appellee.**

**No. 17.**

Circuit Court of Appeals, Second Circuit.

Oct. 21, 1940.

John J. Halpin, of New York City, for appellant.

Andrew Eckel, of New York City, for appellee.

Paul L. Bleakley, of Yonkers, N. Y., for intervener John J. Corkery.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Judgment affirmed on opinion below, 28 F.Supp. 314.

**In re UNITED STATES of America ex rel. George W. GREEN, Relator, praying for a writ of mandamus.**

**No. 9667.**

Circuit Court of Appeals, Fifth Circuit.

Oct. 19, 1940.

Carroll Dunscombe, of Stuart, Fla., for petitioner.

A. O. Kanner, of Stuart, Fla., for City of Stuart, Fla.

Before FOSTER, SIBLEY, and HUTCHESON, Circuit Judges.

PER CURIAM.

The petition for a writ of mandamus is denied.